UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FAUSTO RODOLFO OSUNA, SR., ) <br> ) <br> Defendant. ) | Criminal Case No.96cr0968-B <br><br> ORDER OF DISMISSAL OF INDICTMENT AND WITHDRAWAL OF ARREST WARRANT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant FAUSTO RODOLFO OSUNA, SR., (1), is dismissed without prejudice; and,

IT IS FURTHER ORDERED that the arrest warrant for FAUSTO RODOLFO OSUNA, SR., be recalled.

DATED: 10-24-11

_____
HONORABLE RUDI M. BREWSTER
United States District Court